**Roschell STEPHENS, Jr., Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28997.**

Court of Criminal Appeals of Texas.

May 1, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Criminal District Atty., Thomas B. Thorpe, Asst. Dist. Atty., Dallas, and, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary of a private residence in nighttime, with prior convictions for offenses of like character alleged for enhancement; the punishment, life.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.